IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2312-JLK**

**CYNTHIA KAY WEEKS,**

    Plaintiff,

v.

**HOME DEPOT U.S.A., INC.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Status Conference set for September 8, 2008, is VACATED, to be reset, if necessary, upon request of the parties.

Dated: August 27, 2008